ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN: 109740
David L. Herman, SBN: 216469
10085 Carroll Canyon Road, Suite 100
San Diego, CA 92131
Telephone:  (858) 348-1005
Facsimile:   (858) 348-1150
*hal@rbblawgroup.com*
*david@rbblawgroup.com*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX OCHOA, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, a Virginia limited liability company;  and DOES 1 through 75, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02946-KJM-EFB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Kimberly J. Mueller<br>Ctrm:   3 – 15th Floor<br><br>Complaint Filed:  December 19, 2016<br>Trial Date:  None Set<br><br>[JURY TRIAL DEMANDED] |

IT IS HEREBY STIPULATED and agreed by and between the parties, and their respective counsel, that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Dated: February 27, 2017         ROSNER, BARRY & BABBITT, LLP

By:   /s/ Hallen D. Rosner
Hallen D. Rosner
David L. Herman
Attorneys for Plaintiff
ALEX OCHOA

Dated: February 27, 2017         SCHLICHTER & SHONACK, LLP

By:   /s/ Jamie L. Keeton
Jamie L. Keeton
Attorneys for Defendant
CARMAX AUTO SUPERSTORES
CALIFORNIA, LLC

### **SIGNATURE ATTESTATION**

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

 /s/ Hallen D. Rosner
Hallen D. Rosner